**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Edna May Crary**<br>DOB: 1967; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-08876MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about May 9, 2025, in the District of Arizona, **Edna May Crary**, knowing or in reckless disregard that certain aliens, including Luis Hernandez-Sanchez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about May 9, 2025, in the District of Arizona, **Edna May Crary**, knowing that certain illegal aliens, including Luis Hernandez-Sanchez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On May 9, 2025, in the District Arizona (Naco), at approximately 5:55 p.m., Border Patrol Agents (BPAs) received a call for assistance on a vehicle stop from a Bureau of Land Management (BLM) Ranger who pulled over a blue Nissan Sentra on State Route (SR) 92 between mile markers 335 and 336. BPAs responded to the vehicle stop where they were informed by the BLM Ranger that the vehicle was observed traveling westbound on SR 92 and had pulled over near Motts Ranch. The Motts Ranch area is historically known as a location commonly used by human smugglers to pick up Illegal Aliens (IAs). The vehicle was observed on the side of the road for approximately one minute before resuming westbound travel on SR 92. When the vehicle resumed travel, it veered into the eastbound lane of traffic and proceeded to drive in the middle of the road before slowly correcting. The vehicle accelerated as it passed the BLM Ranger. The BLM Ranger then began following the vehicle and ran a registration check on the Wisconsin license plate and learned the vehicle did not have any international crossings within the last 72 hours. While the BLM Ranger was running the vehicle checks, the vehicle slowed down to approximately 40 mph in a 55 mph zone. The BLM Ranger then initiated a vehicle stop. The vehicle yielded and the BLM Ranger approached the vehicle where he observed a male subject dressed in camouflage clothing laying on the floor of the back seat area of the vehicle. BPAs performed an immigration check on the two subjects found in the vehicle. The driver, later identified as **Edna May CRARY**, was determined to be a United States citizen. The male passenger, identified Luis Hernandez-Sanchez, was determined to be a citizen of Mexico illegally present in the United States. Records checks revealed that Luis Hernandez-Sanchez does not possess the proper documentation to enter, pass through or remain in the United States legally.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Luis Hernandez-Sanchez

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*/signature/*<br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone  X | |
| SIGNATURE OF MAGISTRATE JUDGE[1])<br>*/signature/* | DATE<br>May 12, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Enderle

**Continued from front page.**                                                                 25-08876MJ

Material witness Luis Hernandez-Sanchez stated he is a citizen of Mexico, and he had arranged to be smuggled into the United States and had already paid $1,200 in smuggling fees. He illegally crossed into the United States by himself and was guided by cellphone until he reached the side of a road where he was picked up by a blue sedan. He entered the vehicle and sat in the rear seats and described the driver of the vehicle as a white female with glasses who didn't speak Spanish.